**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
GENEVIEVE REED,

                Plaintiff,

-against-                           24 **CIVIL** 10079 (KMW)

**JUDGMENT**

JANE DOE,

                Defendant.
----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 25, 2025, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court has denied all pending motions. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); judgment is entered dismissing the action.

**Dated:** New York, New York

      June 27, 2025

                                                  **TAMMI M. HELLWIG**

                                                  **Clerk of Court**

                 **BY:**     *K. Mango*

                                                   **Deputy Clerk**